**FILED - GR**
November 27, 2024 8:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: ᴺˢ 11/27/24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

BECKY KING,

        Defendant.

_____/

**FELONY INFORMATION**

**1:24-cr-180**

Hala Y. Jarbou
Chief U.S. District Judge

The UNITED STATES ATTORNEY charges:

**(Concealment of Fact Affecting Entitlement to SSI Benefits)**

From in or about 2012 through in or about January 2023, in Wexford County, in the Southern Division of the Western District of Michigan, the Defendant,

**BECKY KING,**

having knowledge of the occurrence of an event affecting her initial and continued right to Supplemental Security Income ("SSI") benefits, on behalf of herself and another individual, failed to disclose such event with an intent fraudulently to secure SSI benefits in a greater amount than was due or when no such benefit was authorized. Specifically, the Defendant concealed and failed to disclose that she was living with Person A, known to the United States and Defendant, whose income was greater than the asset limits for SSI. As a result, the Defendant received SSI benefits in excess of $63,000 to which she was not entitled.

42 U.S.C. § 1383a(a)(3)

MARK A. TOTTEN
United States Attorney

Date: 11-25-24

STEPHEN P. BAKER
Assistant U.S. Attorney