UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 1:24-cr-180

BECKY KING,
                              Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 5, 2024, Magistrate Judge Phillip J. Green issued a Report and Recommendation recommending that Defendant's guilty plea as to Count 1 of the Felony Information be accepted. (R&R, ECF No. 12.)  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on December 19, 2024. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Information.

3. The written plea agreement (ECF No. 5) is hereby continued under advisement pending sentencing.

4. Defendant shall remain on bond pending sentencing, and all conditions remain in full force and effect. Sentencing is set for **March 11, 2025, at 1:00 PM**.

Dated: December 20, 2024                    /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE